ALDERETE et ux. v. MOSLEY. (No. 630.)

(Court of Civil Appeals of Texas. El Paso. Nov. 28, 1916.)

APPEAL AND ERROR ☞773(2)—FAILURE TO FILE BRIEFS—DISMISSAL OF APPEAL.

Rule 39 for the Courts of Civil Appeals (142 S. W. xiii) provides that appellant's failure to file briefs, in the time and manner prescribed by law and the rules shall be ground for dismissing the appeal for want of prosecution on appellee's motion unless good cause is shown why it was not done as prescribed. Transcript was filed in the Court of Appeals April 4, 1916, and the case set down for submission for November 9, 1916, but no briefs for appellants were filed within the time required, nor within the time of a stipulation in the record providing for the filing of briefs within 35 days before the cause should be submitted. November 1, 1916, appellants applied for permission to file their briefs, and the application was opposed by appellee, who filed motion to dismiss the appeal. Held, that the motion to dismiss will be granted, since the law contemplates that appellee shall be given sufficient time within which to prepare and file his answer before submission after appellants have filed briefs.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3104, 3108; Dec. Dig. ☞773(2).]

Appeal from District Court, El Paso County; Ballard Coldwell, Judge.

Suit between I. Alderete and wife and W. D. Mosley. From the judgment, Alderete and wife appeal, and appellee moves to dismiss their appeal. Motion to dismiss sustained, and appeal dismissed.

Weeks & Vowell, of El Paso, for appellants. Ware & Norcop and C. M. Wilchar, all of El Paso, for appellee.

WALTHALL, J. The transcript in this case was filed in this court on April 4, 1916. The case was set down for submission for November 9, 1916. No briefs for appellant have been filed in this court within the time required for filing briefs. A stipulation is found in the record which provides for the filing of briefs for appellant within 35 days before the cause is submitted in this court. The appellants did not file briefs within the time stipulated.

On November 1, 1916, appellants made application to this court for permission to file their briefs. The application was opposed by appellee on the grounds that the appellants had not filed their briefs within the time stipulated, and that appellee could not within the time before submission prepare and file his briefs. Appellee filed a motion to dismiss the appeal on the grounds stated.

Rule 39 (142 S. W. xiii) provides that a failure of appellant to file his briefs in this court in the time and in the manner prescribed by law and by the rules shall be grounds for dismissing the appeal for want of prosecution, on motion made by appellee, unless good cause is shown why it was not done in the time and manner as prescribed. Appellants have not, in our judgment, shown good cause why their briefs were not filed within the time prescribed by law, nor within the time stipulated.

The law contemplates that the appellee shall be given sufficient time within which to prepare and file his answer before submission after appellants have filed their briefs. T. & P. Ry. Co. v. Martin, 62 Tex. Civ. App. 496, 132 S. W. 834; Rojas v. Rojas, 154 S. W. 1071; State Fair of Texas v. Cowart, 165 S. W. 1197; Moon v. Dozier, 151 S. W. 656.

Appellee's motion to dismiss the appeal is sustained, and the appeal is dismissed.